JOHN P. RUTLEDGE, ESQ., SBN 10433
RUTLEDGE LAW CENTER LTD.
320 North Carson Street
Carson City, Nevada 89701
775.885.7005
John@RutledgeLawCenter.com

Attorney for Plaintiff and Counter-defendant
NV MINERALS CORP.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NV MINERALS CORP., a Nevada domestic corporation, | CASE NO. 3:26-cv-00256-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT CANAGOLD RESOURCES LTD., WITHOUT PREJUDICE** |
| v. | |
| GETCHELL GOLD NEVADA INC., a Nevada domestic corporation; RICHARD E. FISK, a natural person; DAVID A. FISK, a natural person; RICHARD E. FISK, as Personal Representative of the Estate of George Fisk; RICHARD E. FISK, as Personal Representative of the Estate of Amelia Fisk; RICHARD E. FISK, as Personal Representative of the Estate of Wayne Fisk; CANAGOLD RESOURCES LTD., a corporation organized under the laws of the Province of British Columbia, Canada; HCP-RSM, LLC, a Delaware limited liability company; AMERICAN INNOVATIVE MINERALS, LLC, a Nevada limited-liability company; ABC CORPORATIONS 1 through 10, inclusive; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to NRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by, between, and among:  Plaintiff NV MINERALS CORP., by and through its attorney of record, John P. Rutledge, of Rutledge Law Center Ltd.; Defendant CANAGOLD RESOURCES LTD.,

1

a corporation organized under the laws of the Province of British Columbia, Canada ("**Canagold**"), by and through its attorney of record, Matthew C. Addison, of Addison Law Group PLLC; and all other parties who have appeared in this action, by and through their respective attorneys of record, as follows:

1. On June 26, 2026, Canagold disclaimed any right, title, or interest in any mining claim over the real property at issue in this litigation (other than by way of its ownership of AIM, which asserts a royalty interest derivative of the "Fisk Claims" (as defined in the Fisk Defendants' May 29, 2026 counterclaim). Therefore, Plaintiff hereby stipulates that all claims asserted by Plaintiff against Canagold in this action be dismissed, without prejudice, with Canagold to bear its own attorneys' fees and costs.

2. For avoidance of doubt, this dismissal applies solely to Canagold; and it does not affect, and the parties do not intend it to affect, any other party to this action, which shall continue as to all remaining parties.

3. The undersigned represent that they are authorized to enter into this Stipulation on behalf of their respective clients.

IT IS SO STIPULATED.

DATED this 30th day of June, 2026

RUTLEDGE LAW CENTER LTD.

/s/ John P. Rutledge

John P. Rutledge (NSB #10433)
320 North Carson Street
Carson City, Nevada 89701
Tel: 775.885.7005
Email: john@rutledgelawcenter.com

Attorney for Plaintiff and Counter-defendant NV MINERALS CORP.

DATED this 29th day of June, 2026

ADDISON LAW GROUP PLLC

/s/ Matthew C. Addison

Matthew C. Addison (NSB #4201)
4471 Lynnfield Way
Reno, Nevada 89519
Tel: 775.240.7533
Email: maddison@addisonpllc.com

Attorney for Defendants CANAGOLD RESOURCES LTD., and AMERICAN INNOVATIVE MINERALS, LLC

/ / / / / /

/ / / / / /

/ / / / / /

/ / / / / /

2

DATED this 30th day of June, 2026

SBW LAW GROUP

/s/ Clayton P. Brust

Clayton P. Brust (NSB #5234)
Hannah E. Winston (NSB #14520)
Alison R. Kertis (NSB #13875)
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775.299.4051
Email: cbrust@sbwlawgroup.com
       hwinston@sbwlawgroup.com
       akertis@sbwlawgroup.com

Attorneys for Defendant and Counterclaimant
GETCHELL GOLD NEVADA INC.

DATED this 30th day of June, 2026

FENNEMORE CRAIG, P.C.

/s/ John D. Tennert

John D. Tennert (NSB #11728)
Evan Klouse (NSB #16905)
7800 Rancharrah Pkwy.
Reno, Nevada 89511
Email: jtennert@fennemorelaw.com;
       eklouse@fennemorelaw.com

Attorneys for Defendant HCP-RSM, LLC

DATED this 30th day of June, 2026

MACKEDON, DEBRAGA & ROWE PC

/s/ T. Jaren Stanton

Sean A. Rowe (NSB #10977)
T. Jaren Stanton (NSB #15362)
179 S. Laverne St.
Fallon, Nevada 89406
seanrowe@fallonlegal.com;
jaren@fallonlegal.com

Attorneys for Defendants and
Counterclaimants RICHARD E. FISK;
DAVID A. FISK; RICHARD E. FISK, AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF GEORGE FISK; RICHARD
E. FISK, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
AMELIA FISK, AND RICHARD E. FISK,
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF WAYNE FISK

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 1, 2026

3