CLAYTON P. BRUST, ESQ. (NSB #5234)
cbrust@sbwlawgroup.com
HANNAH E. WINSTON, ESQ. (NSB #14520)
hwinston@sbwlawgroup.com
ALISON R. KERTIS, ESQ. (NSB #13875)
akertis@sbwlawgroup.com
**SBW LAW GROUP**
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775-299-4051

*Attorneys for Getchell Gold Nevada Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NV MINERALS CORP., a Nevada domestic corporation<br>Plaintiff,<br>vs.<br><br>GETCHELL GOLD NEVADA INC., a Nevada domestic corporation; RICHARD E. FISK, a natural person; DAVID A. FISK, a natural person; RICHARD E. FISK, as Personal Representative of the Estate of George Fisk; RICHARD E. FISK, as Personal Representative of the Estate of Amelia Fisk; RICHARD E. FISK, as Personal Representative of the Estate of Wayne Fisk; HCP-RSM, LLC, a Delaware limited liability company; AMERICAN INNOVATIVE MINERALS, LLC, a Nevada limited-liability company; ABC CORPORATIONS 1 through 10, inclusive; and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 3:26-cv-00256-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF NV MINERALS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT: ON PLAINTIFF'S SECOND CLAIM FOR RELIEF; AND ON COUNTERCLAIMANTS GETCHELL GOLD NEVADA INC.'S AND THE FISKS' SECOND CLAIMS FOR RELIEF** |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF NV MINERALS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT: ON PLAINTIFF'S SECOND CLAIM FOR RELIEF; AND ON COUNTERCLAIMANTS GETCHELL GOLD NEVADA INC.'S AND THE FISKS' SECOND CLAIMS FOR RELIEF**

Pursuant to FRCP 6(b)(1), the Plaintiff NV MINERALS CORP. and Defendants GETCHELL GOLD NEVADA INC.; RICHARD E. FISK, individually and as Personal Representative of the Estate of George Fisk, the Estate of Amelia Fisk, and the Estate of Wayne Fisk; DAVID A. FISK; HCP-RSM, LLC; AMERICAN INNOVATIVE MINERALS, LLC (collectively, "Defendants") (altogether, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the Defendants' time to file a joint opposition brief, not to exceed 30 pages, excluding exhibits, to *Plaintiff's Motion for Partial Summary Judgment on: Plaintiff's Second Claim for Relief; and on Counterclaimants Getchell Gold Nevada Inc.'s and the Fisks' Second Claims for Relief* from October 1, 2026 to October 8, 2026.

**IT IS SO STIPULATED.**

DATED this 29th day of September, 2026.

SBW LAW GROUP

*/s/ Clayton P. Brust*
CLAYTON P. BRUST, ESQ. (NSB #5234)
HANNAH E. WINSTON, ESQ. (NSB #14520)
ALISON R. KERTIS, ESQ. (NSB #13875)
3600 Mayberry Drive
Reno, Nevada 89509
Tel: 775-299-4051
Email: cbrust@sbwlawgroup.com
hwinston@sbwlawgroup.com
akertis@sbwlawgroup.com

*Attorneys for GETCHELL GOLD NEVADA INC.*

DATED this 29th day of September, 2026.

RUTLEDGE LAW CENTER LTD.

*/s/ John P. Rutledge*
JOHN P. RUTLEDGE (NSB #10433)
320 North Carson Street
Carson City, Nevada 89701
Tel: 775-885-7005
Email: john@rutledgelawcenter.com

DICKINSON WRIGHT PLLC
Brian T. Irvine (NSB #7758)
Brooks T. Westergard (NSB #14300)
Mackenzie E. Robinson (NSB #16309)
Alice L. Samberg (NSB #17288)
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: 775-342-7500
Email: birvine@dickinson-wright.com
bwestergard@dickinson-wright.com
mrobinson@dickinson-wright.com
asamberg@dickinson-wright.com
*Attorneys for NV MINERALS CORP.*

DATED this 29th day of September, 2026.

MACKEDON, DEBRAGA & ROWE PC

*/s/ T. Jaren Stanton*
SEAN A. ROWE (NSB #10977)
T. JAREN STANTON (NSB #15362)
179 S. Laverne Street
Fallon, Nevada 89406
Tel: 775-423-2106
Email: seanrowe@fallonlegal.com
jaren@fallonlegal.com

*Attorneys for the RICHARD E. FISK, individually and as Personal Representative for the Estate of GEORGE FISK, the Estate of AMELIA FISK, and the Estate of WAYNE FISK; and DAVID A. FISK*

DATED this 29th day of September, 2026.

FENNEMORE CRAIG

*/s/ John D. Tennert, III*
JOHN D. TENNERT, III (NSB #11728)
EVAN KLOUSE (NSB #16905)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: 775-788-2200
Email: jtennert@fennemorelaw.com
eklouse@fennemorelaw.com

*Attorneys for HCP-RSM, LLC*

DATED this 29th day of September, 2026.

ADDISON LAW GROUP PLLC

*/s/ Matthew C. Addison*
MATTHEW C. ADDISON (NSB #4201)
4471 Lynnfield Way
Reno, Nevada 89519
Tel: 775-240-7533
Email: maddison@addisonpllc.com

*Attorneys for AMERICAN INNOVATIVE MINERALS, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of September, 2026

UNITED STATES DISTRICT JUDGE

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051